IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated, | § § § § | |
| | § | Civil Action No. 2:14-CV-996-JRG-RSP |
| *Plaintiffs*, | § § | |
| v. | § § | |
| DEVON ENERGY PRODUCTION COMPANY, L.P., | § § § | |
| *Defendant.* | § § | |

**NOTICE OF ADDITIONAL DISCLOSURES BY PLAINTIFFS**

Pursuant to Eastern District of Texas Local Rule 26(c), Plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash and Sherri Pilcher ("Plaintiffs") hereby notify the Court that on March 13, 2015, Plaintiffs served additional disclosures pursuant to Federal Rule of Civil Procedure Civil Procedure 26(a)(1) and the Court's Notice of Scheduling Conference (ECF No. 24) on counsel of record in this matter.


Dated: March 13, 2015                    Respectfully submitted,

                                         By: */s/ George L. McWilliams*
                                         George L. McWilliams
                                         Texas Bar No. 13877000
                                         **LAW OFFICES OF GEORGE L.
                                         MCWILLIAMS, P.C.**
                                         P.O. Box 58
                                         Texarkana, Texas-Arkansas 75504
                                         Tel: (870) 772-2055
                                         Fax: (870) 772-0513
                                         Email: glmlawoffice@gmail.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sean Handler (admitted *pro hac vice*)
Pennsylvania Bar No. 86693
Naumon Amjed (admitted *pro hac vice*)
Pennsylvania Bar No. 309520
Ryan Degnan (admitted *pro hac vice*)
Pennsylvania Bar No. 309305
Natalie Lesser (admitted *pro hac vice*)
Pennsylvania Bar No. 309334
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: shandler@ktmc.com
Email: namjed@ktmc.com
Email: rdegnan@ktmc.com
Email: nlesser@ktmc.com

**MATTHEW TYLER SHOOP,
ATTORNEY AT LAW**
Matthew Tyler Shoop
Texas Bar No. 24070613
4525 Emerson Ave., No. 2
Dallas, TX 75205
Tel: (310) 729-5700
Email: tylershoop@gmail.com

**KEIL & GOODSON P.A.**
Matt Keil
Texas Bar No. 11181750
Arkansas Bar No. 86099
John C. Goodson (admitted *pro hac vice*)
Arkansas Bar No. 90018
407 Walnut Street
Texarkana, AR 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
Email: mkeil@kglawfirm.com
Email: jcgoodson@kglawfirm.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
David Drez
Texas Bar No. 24007127
100 Throckmorton Street, Suite 500
Fort Worth, TX 76102
Tel: (817) 332-7788
Fax: (817) 332-7789
Email: david.drez@wickphillips.com

**MATTINGLY & ROSELIUS, PLLC**
Jason E. Roselius (to be admitted *pro hac vice*)
Oklahoma Bar No. 16721
Brian L. Cramer (admitted *pro hac vice*)
Oklahoma Bar No. 20661
13182 N. MacArthur Blvd.
Oklahoma City, OK 73142
Tel: (405) 603-2222
Fax: (405) 603-2250
Email: jason@mroklaw.com
Email: brian@mroklaw.com

**SEIDEL LAW FIRM, P.C.**
Brad E. Seidel
Texas Bar No. 24008008
6 Hedge Lane
Austin, TX 78746
Tel: (512) 537-0903
Email: bradseidel@me.com

*Counsel for Plaintiffs and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 13th day of March 2015, the foregoing document was filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel below by operation of the Court's electronic filing system.

**THOMPSON & KNIGHT LLP**
Craig A. Haynes
P. Jefferson Ballew
Rachelle H. Glazer
Julie Abernethy
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

**WARD & SMITH LAW FIRM**
T. John Ward
1127 Judson Road, Suite 220
Longview, TX 75601
Tel: (903) 757-6400
Fax: (903) 757-2323

                                                    */s/ George L. McWilliams*
                                                    George L. McWilliams