# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated, | § § § § | |
| | § | Civil Action No. 2:14-CV-996-JRG-RSP |
| *Plaintiffs*, | § § | |
| v. | § § | |
| DEVON ENERGY PRODUCTION COMPANY, L.P., | § § § § | |
| *Defendant.* | § | |

## PLAINTIFFS' NOTICE OF EXPERT WITNESS DISCLOSURES

Pursuant to Eastern District of Texas Local Rule 26(c), Plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash, and Sherri Pilcher ("Plaintiffs") hereby notify the Court that on June 11, 2015, Plaintiffs served expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Court's Discovery Order (ECF No. 30) and Docket Control Order for Class Certification Motion Deadlines (ECF No. 32) on counsel of record in this matter.

Dated: June 11, 2015

Respectfully submitted,

By: */s/ George L. McWilliams*
George L. McWilliams
Texas Bar No. 13877000
**LAW OFFICES OF GEORGE L. MCWILLIAMS, P.C.**
P.O. Box 58
Texarkana, Texas-Arkansas 75504
Tel: (870) 772-2055
Fax: (870) 772-0513
Email: glmlawoffice@gmail.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Sean Handler (admitted *pro hac vice*)
Pennsylvania Bar No. 86693
Naumon Amjed (admitted *pro hac vice*)
Pennsylvania Bar No. 309520
Ryan Degnan (admitted *pro hac vice*)
Pennsylvania Bar No. 309305
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: shandler@ktmc.com
Email: namjed@ktmc.com
Email: rdegnan@ktmc.com

**SEIDEL LAW FIRM, P.C.**
Brad E. Seidel
Texas Bar No. 24008008
6 Hedge Lane
Austin, TX 78746
Tel: (512) 537-0903
Email: bradseidel@me.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
David Drez
Texas Bar No. 24007127
100 Throckmorton Street, Suite 500
Fort Worth, TX 76102
Tel: (817) 332-7788
Fax: (817) 332-7789
Email: david.drez@wickphillips.com

**MATTINGLY & ROSELIUS, PLLC**
Jason E. Roselius (admitted *pro hac vice*)
Oklahoma Bar No. 16721
Jack Mattingly, Jr. (admitted *pro hac vice*)
Oklahoma Bar No. 16136
Brian L. Cramer (admitted *pro hac vice*)
Oklahoma Bar No. 20661
13182 N. MacArthur Blvd.
Oklahoma City, OK 73142
Tel: (405) 603-2222
Fax: (405) 603-2250
Email: jason@mroklaw.com
Email: jack@mroklaw.com
Email: brian@mroklaw.com

*Counsel for Plaintiffs and Proposed Class Counsel*

**MATTHEW TYLER SHOOP, ATTORNEY AT LAW**
Matthew Tyler Shoop
Texas Bar No. 24070613
4525 Emerson Ave., No. 2
Dallas, TX 75205
Tel: (310) 729-5700
Email: tylershoop@gmail.com

**KEIL & GOODSON P.A.**
Matt Keil
Texas Bar No. 11181750
Arkansas Bar No. 86099
John C. Goodson (admitted *pro hac vice*)
Arkansas Bar No. 90018
407 Walnut Street
Texarkana, AR 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
Email: mkeil@kglawfirm.com
Email: jcgoodson@kglawfirm.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                        *s/ George L. McWilliams*
                                        George L. McWilliams