UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>　　*Defendant*. | Civil Action No. 3:16-CV-00082-K |

## ORDER

Before the Court is Defendant Devon Energy Production Company, L.P.'s Motion for Leave to Respond to Plaintiffs' Supplementation of Class Certification Record (Doc. No. 171). The Court carefully considered the Motion, Plaintiffs' response, and the relevant authority. The Court **GRANTS** the Motion and **ORDERS** that Defendant Devon Energy Production Company, L.P. may file evidence responding to Plaintiffs' supplementation of the class certification record.

**SO ORDERED.**

Signed April 28th, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1