## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 24, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-10320   Henry Seeligson, et al v. Devon Energy Production Co.
               USDC No. 3:16-CV-82

Enclosed is an order entered in this case.

The court has granted the unopposed joint motion of Henry Seeligson, Sherri Pilcher, John M. Seeligson, Suzanne Seeligson Nash, and Devon Energy Production Company, L.P. to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.


                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Peter A. Conners, Deputy Clerk
                          504-310-7685

Ms. Julie Christine Abernethy
Mr. Pervis Jefferson Ballew Jr.
Mr. Edward W. Ciolko
Mr. David J. Drez III
Mr. Craig A. Haynes
Mr. Joshua L. Hedrick
Mr. Geoffrey C. Jarvis
Mr. Britton Dale McClung
Ms. Karen S. Mitchell
Mr. Richard Barrett Phillips Jr.
Mr. Brad E. Seidel
Ms. Melissa L. Troutner

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-10320
_____

HENRY SEELIGSON; JOHN M. SEELIGSON; SUZANNE SEELIGSON NASH; SHERRI PILCHER,

    Plaintiffs - Appellees

v.

DEVON ENERGY PRODUCTION COMPANY, L.P.,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Dallas

_____

O R D E R :

    IT IS ORDERED that the joint motion of the parties to view and obtain sealed documents in record on appeal is Granted.

                                                   /s/ Patrick E. Higginbotham
                                                    PATRICK E. HIGGINBOTHAM
                                                    UNITED STATES CIRCUIT JUDGE