IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>*Defendant*. | §<br>§<br>§<br>§  Case No. 3:16-cv-00082-K<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**<u>PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION</u>**

Pursuant to this Court's Order for Supplemental Class Certification Proceedings (ECF No. 205), Plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash and Sherri Pilcher ("Plaintiffs") respectfully move the Court for an Order pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

(1) Certifying the following class:

> All persons or entities who, between January 1, 2008 and February 28, 2014, (i) are or were royalty owners in Texas wells producing natural gas that was processed through the Bridgeport Gas Processing Plant by Devon Gas Services, LP ("DGS"); (ii) received royalties from Devon Production Company, L.P. ("DEPCO") on such gas; (iii) had oil and gas leases that were on one of the following forms: Producers 88-198(R) Texas Paid-Up (2/93); MEC 198 (Rev. 5/77); Producers 88 (Rev 10-70 PAS) 310; Producers 88 Revised 1-53—(With Pooling Provision); Producers 88 (2-53) With 640 Acres Pooling Provision; Producers 88 (3-54) With 640 Acres Pooling Provision; Producers 88 (4-76) Revised Paid Up with 640 Acres Pooling Provision; Producers 88 (7-69) With 640 Acres Pooling Provision; and Producers 88 (Rev. 3-42) With 40 Acres Pooling Provision (the "Class Lease

1

Forms"); and (iv) had one or more of the oil and gas leases listed on the "Class Lease List."[1]

The persons or entities excluded from the Class are: (a) overriding royalty interest owners who derive their interest through the oil and gas lease; (b) all governmental entities, including federal, state and local governments and their respective agencies, departments, or instrumentalities; (c) the States and territories of the United States or any foreign citizens, states, territories or entities; (d) the United States of America; (e) owners of any interests and/or leases located on or within any federally created units; (f) owners of any non-operating working interest for which DEPCO or its agents or representatives, as operator, disburses royalty; (g) DEPCO and any entity in which DEPCO has a controlling interest, and their officers, directors, legal representatives and assigns; and (h) members of the judiciary and their staff to whom this action is assigned.

(2) Holding that Plaintiffs have presented specific evidence demonstrating that the breach of the duty to market and damages from any such breach can be evaluated classwide and that the statute of limitations does not raise individual issues that predominate over common questions; and

(3) Affirming its prior class certification findings.

In support thereof, Plaintiffs submit the accompanying Brief in Support of Plaintiffs' Supplemental Motion for Class Certification and Appendix to Plaintiffs' Supplemental Motion for Class Certification.[2]

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Supplemental Motion for Class Certification pursuant to FED. R. CIV. P. 23(a), and FED. R. CIV. P. 23(b)(3).

---

[1] The "Class Lease List" is attached to the October 9, 2015 Supplemental Expert Report of Rick Harper as Exhibit I. *See* APP.239-326.

[2] Plaintiffs incorporate by reference Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel with attached exhibits (ECF 51) and Reply thereto with attached exhibits (ECF 86); Plaintiffs' Motion to Reconsider Order Denying Class Certification and Motion for Leave to File Second Class Certification Motion (ECF 151), Brief in Support (ECF 152), with Appendix in Support (ECF 153), and Reply thereto (ECF 168); Plaintiffs' supplementation of the record (*see* ECF 175, ECF 180), and Plaintiffs' Executive Summary Regarding Class Certification (ECF 183).

Dated: May 7, 2019					Respectfully submitted,

/s/ *Joshua L. Hedrick*
**HEDRICK KRING PLLC**
Joshua L. Hedrick
Texas Bar No. 24061123
1700 Pacific Ave., Suite 4650
Dallas, TX 75201
Tel:  (214) 880-9600
Fax: (214) 481-1844
Email:  Josh@HedrickKring.com

**SEIDEL LAW FIRM, P.C.**
Brad E. Seidel
Texas Bar No. 24008008
6 Hedge Lane
Austin, TX 78746
Tel: (512) 537-0903
Email: bradseidel@me.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
David Drez
Texas Bar No. 24007127
100 Throckmorton Street, Suite 500
Fort Worth, TX 76102
Tel: (817) 332-7788
Fax: (817) 332-7789
Email: david.drez@wickphillips.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Geoffrey C. Jarvis (*pro hac vice*)
Pennsylvania Bar No. 75473
Melissa L. Troutner (*pro hac vice*)
Pennsylvania Bar No. 202183
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: gjarvis@ktmc.com
Email: mtroutner@ktmc.com

**CRAMER, PLLC**
Brian L. Cramer (*pro hac vice*)
Oklahoma Bar No. 20661
1900 N.W. Expressway, Suite 501
Oklahoma City, OK 73118

3

Tel: (405) 416-1177
Email: brian@cramerpllc.com

**LAW OFFICES OF GEORGE L. MCWILLIAMS, P.C.**
George L. McWilliams
Texas Bar No. 13877000
P.O. Box 58
Texarkana, Texas-Arkansas 75504
Tel: (870) 772-2055
Fax: (870) 772-0513
Email: glmlawoffice@gmail.com

**MATTHEW TYLER SHOOP, ATTORNEY AT LAW**
Matthew Tyler Shoop
Texas Bar No. 24070613
4525 Emerson Ave., No. 2
Dallas, TX 75205
Tel: (310) 729-5700
Email: tylershoop@gmail.com

**KEIL & GOODSON P.A.**
Matt Keil (*pro hac vice*)
Texas Bar No. 11181750
Arkansas Bar No. 86099
John C. Goodson (*pro hac vice*)
Arkansas Bar No. 90018
407 Walnut Street
Texarkana, AR 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
Email: mkeil@kglawfirm.com
Email: jcgoodson@kglawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF CONFERENCE

I hereby certify that that on May 1, 2019, counsel for Plaintiffs, Brad Seidel, conferred with counsel for Defendant, Craig Haynes, who stated that Defendant opposes the relief sought herein.

/s/ Joshua L. Hedrick

## CERTIFICATE OF SERVICE

On May 7, 2019, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Joshua L. Hedrick