UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>    *Defendant.* | § § § § § § § § § § § § § § § Case No. 3:16-cv-00082-K |

## JOINT MEDIATION REPORT

Class counsel, on behalf of named plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash, and Sherri Pilcher and the Certified Class (collectively "Plaintiffs"), and Defendant Devon Energy Production Company, L.P. ("Defendant" or "DEPCO") (together, the "Parties") submit this Joint Mediation Report in accordance with the Court's Scheduling Order dated June 12, 2020 [Doc. 226] and provide notice to the Court that Plaintiffs and DEPCO have reached an agreement in principle to resolve this matter in its entirety and on a classwide basis.

The Parties are currently finalizing the terms of the settlement and request additional time to prepare final settlement documentation and submit a motion for preliminary approval of the proposed class action settlement. Plaintiffs intend to file their motion for preliminary approval by December 16, 2020.

Dated:  October 16, 2020				Respectfully submitted,

/s/ David Drez
**WICK PHILLIPS GOULD & MARTIN, LLP**
David Drez
Texas Bar No. 24007127
100 Throckmorton Street, Suite 500
Fort Worth, TX 76102
Tel: (817) 332-7788
Fax: (817) 332-7789
Email: david.drez@wickphillips.com

**SEIDEL LAW FIRM, P.C.**
Brad E. Seidel
Texas Bar No. 24008008
6 Hedge Lane
Austin, TX 78746
Tel: (512) 537-0903
Email: bradseidel@me.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Geoffrey C. Jarvis (*pro hac vice*)
Pennsylvania Bar No. 75473
Melissa L. Troutner (*pro hac vice*)
Pennsylvania Bar No. 202183
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: gjarvis@ktmc.com
Email: mtroutner@ktmc.com

**Mattingly & Roselius, PLLC**
Jack Mattingly Jr.
215 East Oak Avenue
Seminole, OK 74868
Tel:  (405) 382-3333
Email: jack@mroklaw.com

*Class Counsel for Plaintiffs and the Certified Class*

**HEDRICK KRING PLLC**
Joshua L. Hedrick
Texas Bar No. 24061123
1700 Pacific Ave., Suite 4650

Dallas, TX 75201
Tel:  (214) 880-9600
Fax: (214) 481-1844
Email:  Josh@HedrickKring.com

*Local Counsel for Plaintiffs and the Certified Class*


<u>*/s/ Craig A. Haynes*</u>
Craig A. Haynes
Texas Bar No. 09284020
**THOMPSON & KNIGHT LLP**
P. Jefferson Ballew
Texas Bar No. 01654980
Rachelle H. Glazer
Texas Bar No. 09785900
Julie Abernethy
Texas Bar No. 24056947
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751
Email: Craig.Haynes@tklaw.com
Email: Jeff.Ballew@tklaw.com
Email: Rachelle.Glazer@tklaw.com
Email: Julie.Abernethy@tklaw.com


*Counsel for Defendant*

- 3 -