IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SEELIGSON et al | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 3:16-cv-00082-K |
| | § | |
| DEVON ENERGY PRODUCTION COMPANY LP | § § | |
|     *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Wednesday, October 7, 2020, between Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash, and Sherri Pilcher and the Certified Class (collectively "Plaintiffs"), and Defendant Devon Energy Production Company, L.P. ("Defendant" or "DEPCO").

After additional follow up between the parties, counsel, and the undersigned mediator, the mediation was successful.

Signed this 16th day of October 2020.

                                                       */s/ David Folsom*
                                                     David Folsom
                                                     TXBN: 07210800
                                                     JACKSON WALKER, LLP
                                                     6002-B Summerfield Drive
                                                     Texarkana, Texas 75503
                                                     Telephone: (903) 255-3250
                                                     Facsimile: (903) 255-3265
                                                     E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rules on this 16th day of October 2020. As such, this document was served on all counsel who are deemed to have consented to electronic service.

                                                       */s/ David Folsom*
                                                     David Folsom