# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, individually and on behalf of all others similarly situated, §§§§§ | |
| | Case No. 3:16-cv-00082-K |
| *Plaintiffs*, §§§ | |
| v. §§ | |
| DEVON ENERGY PRODUCTION COMPANY, L.P., §§§ | |
| *Defendant*. § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash,  and Sherri Pilcher and the Certified Class (collectively, "Plaintiffs"), respectfully move the Court for an Order granting Preliminary Approval of Class Action Settlement, pursuant to Federal Rule of Civil Procedure 23(e).

In support thereof, Plaintiffs submit the accompanying Brief in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Unopposed Motion for Preliminary Approval pursuant to Fed. R. Civ. P. 23(e).

Dated: December 30, 2020                    Respectfully submitted,

                                            */s/ Joshua L. Hedrick*

                                            **HEDRICK KRING PLLC**
                                            Joshua L. Hedrick
                                            Texas Bar No. 24061123
                                            1700 Pacific Ave., Suite 4650
                                            Dallas, TX 75201
                                            Tel:  (214) 880-9600
                                            Fax: (214) 481-1844
                                            Email:  Josh@HedrickKring.com

                                            ***Local Counsel for Plaintiffs and the Certified
                                            Class***


                                            **WICK PHILLIPS GOULD & MARTIN, LLP**
                                            David Drez
                                            Texas Bar No. 24007127
                                            100 Throckmorton Street, Suite 500
                                            Fort Worth, TX 76102
                                            Tel: (817) 332-7788
                                            Fax: (817) 332-7789
                                            Email: david.drez@wickphillips.com

                                            **SEIDEL LAW FIRM, P.C.**
                                            Brad E. Seidel
                                            Texas Bar No. 24008008
                                            6 Hedge Lane
                                            Austin, TX 78746
                                            Tel: (512) 537-0903
                                            Email: bradseidel@me.com

                                            **KESSLER TOPAZ MELTZER & CHECK, LLP**
                                            Geoffrey C. Jarvis (*pro hac vice*)
                                            Pennsylvania Bar No. 75473
                                            Melissa L. Troutner (*pro hac vice*)
                                            Pennsylvania Bar No. 202183
                                            280 King of Prussia Road
                                            Radnor, PA 19087
                                            Tel: (610) 667-7706
                                            Fax: (610) 667-7056
                                            Email: gjarvis@ktmc.com
                                            Email: mtroutner@ktmc.com

**Mattingly & Roselius, PLLC**
Jack Mattingly Jr.
215 East Oak Avenue
Seminole, OK 74868
Tel:  (405) 382-3333
Email: jackjr@mroklaw.com

***Class Counsel for Plaintiffs and the Certified
Class***

## **CERTIFICATE OF CONFERENCE**

I hereby certify that prior to December 30, 2020, counsel for Plaintiffs, Brad Seidel, conferred with counsel for Defendant, Craig Haynes, who stated that Defendant does not oppose the relief sought herein.

*/s/ Joshua L. Hedrick*
Joshua L. Hedrick

**<u>CERTIFICATE OF SERVICE</u>**

On December 30, 2020, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Joshua L. Hedrick*
Joshua L. Hedrick