UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HENRY SEELIGSON, JOHN M. SEELIGSON, SUZANNE SEELIGSON NASH, and SHERRI PILCHER, Individually And On Behalf Of All Others Similarly Situated,<br><br>       *Plaintiffs*,<br><br>vs.<br><br>DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>       *Defendant*. | Case No. 3:16-cv-00082-K |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

  Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Henry Seeligson, John M. Seeligson, Suzanne Seeligson Nash, and Sherri Pilcher (collectively, the "Named Plaintiffs" or "Plaintiffs"), on behalf of themselves and the Court-certified Class, hereby respectfully move this Court for final approval of the proposed settlement of the above-captioned class action and for approval of the proposed plan for allocating the net proceeds of the Settlement to Class Members.

  In support thereof, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, Declaration of Joseph H. Meltzer, and Appendix in support.

  WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation.

1

Dated: April 27, 2021

Respectfully submitted,

*/s/ Joshua L. Hedrick*
**HEDRICK KRING PLLC**
Joshua L. Hedrick
Texas Bar No. 24061123
1700 Pacific Ave., Suite 4650
Dallas, TX 75201
Tel: (214) 880-9600
Fax: (214) 481-1844
Email: Josh@HedrickKring.com

*Local Counsel for Plaintiffs and the Certified Class*

**WICK PHILLIPS GOULD & MARTIN, LLP**
David Drez
Texas Bar No. 24007127
100 Throckmorton Street, Suite 500
Fort Worth, TX 76102
Tel: (817) 332-7788
Fax: (817) 332-7789
Email: david.drez@wickphillips.com

**SEIDEL LAW FIRM, P.C.**
Brad E. Seidel
Texas Bar No. 24008008
6 Hedge Lane
Austin, TX 78746
Tel: (512) 537-0903
Email: bradseidel@me.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Joseph H. Meltzer (*pro hac vice forthcoming*)
Pennsylvania Bar No. 80136
Melissa L. Troutner (*pro hac vice*)
Pennsylvania Bar No. 202183
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: jmeltzer@ktmc.com
Email: mtroutner@ktmc.com

**MATTINGLY & ROSELIUS, PLLC**
Jack Mattingly Jr.
215 East Oak Avenue
Seminole, OK 74868
Tel: (405) 382-3333
Email: jackjr@mroklaw.com

*Class Counsel for Plaintiffs and the Certified Class*

3

## CERTIFICATE OF SERVICE

On April 27, 2021, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Joshua L. Hedrick*
Joshua L. Hedrick